UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NEW SOUTH INSURANCE CO.,                                           :
                                                                   :
                              Plaintiff,                           :      20 Civ. 4087 (JPC)
                                                                   :
       -v-                                                         :      ORDER
                                                                   :
CAPITAL CITY MOVERS LLC, *et al.*,                                 :
                                                                   :
                              Defendants                           :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Counsel for all parties are hereby ORDERED to appear before the undersigned for a status conference on September 15, 2021 at 11:30 a.m.  The Court will conduct the status conference by telephone.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

      SO ORDERED.

Dated: September 13, 2021
       New York, New York

                                                          JOHN P. CRONAN
                                                          United States District Judge