```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
NEW SOUTH INSURANCE COMPANY,                                     :
                                                                 :
                        Plaintiff,                               :    20 Civ. 4087 (JPC)
                                                                 :
            -v-                                                  :    ORDER
                                                                 :
CAPITAL CITY MOVERS LLC et al.                                   :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties were directed to file a joint status letter by December 1, 2021 on the progress of the case and next steps for its resolution. The Court has not received the letter. The parties are directed to file it by December 10, 2021.

SO ORDERED.

Dated: December 6, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge